DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 JUNE 2017

| | | | |
|---|---|---|---|
| 106P17 | Tropic Leisure Corp., Magen Point Inc. d/b/a Magens Point Resort v. Jerry A. Hailey | 1. Plts' Notice of Appeal Based Upon a Constitutional Question (COA15-1254-2) | 1. Dismissed *ex mero motu* |
| | | 2. Plts' PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Virgin Islands Bar Association's Conditional Motion for Leave to File *Amicus* Brief | 3. Dismissed as moot |
| 107P17 | State v. Teon Jamell Williams | Def's PDR Under N.C.G.S. § 7A-31 (COA16-592) | Denied |
| 113P17 | State v. Linzie Lee Swink | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA16-89) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 116P17 | State v. Kevin Antwan Shepherd | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA16-9335) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* PDR Under 77A | 2. Denied |
| 118P17 | State v. Herbert Lee Stroud | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA16-59) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 119P17 | State v. Tardra Eterell Bouknight | Def's PDR Under N.C.G.S. § 7A-31 (COA16-544) | Denied |
| 121P17 | State v. Manuel Enrique Santana, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA16-691) | Denied |
| 124A16 | Jillian Murray v. The University of North Carolina at Chapel Hill | 1. Def's Motion for Judicial Notice (COA15-375) | 1. Allowed |
| | | 2. State's Motion for Withdrawal of Counsel | 2. Allowed **12/08/2016** |
| 125P17 | State v. Paul Anthony Ramey | Def's *Pro Se* Motion for Petition for Rehearing *En Banc* (COA16-876) | Dismissed |
| 126P17 | State v. John Owen Jacobs | Def's PDR Under N.C.G.S. § 7A-31 (COA16-464) | Allowed |
| 127P17 | Plasman v. Decca Furniture (WA), Inc., et al. | Plt's Motion for Extension of Time to Respond to Motion to Dismiss Portions of PDR that are Untimely | Allowed **05/15/2017** |